Thomas Sidos # 44376-013
FULL NAME

medical Center for federal Prisoners
COMMITTED NAME (if different)

Po/Box 4000
FULL ADDRESS INCLUDING NAME OF INSTITUTION

Springfield, mo, 65801

PRISON NUMBER (if applicable)
44376-013

```
                    FILED
          CLERK, U.S. DISTRICT COURT

              NOV  1 4 2022

        CENTRAL DISTRICT OF CALIFORNIA
        BY          LP          DEPUTY
```

Related DDT

Fee DVC

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Thomas Sidos # 44376-013

PLAINTIFF,

Dr ALAn Delmein
Dr Gollini
Dr Hossini

DEFENDANT(S).

CASE NUMBER  2:22-CV-08334-DMG-GJS

*To be supplied by the Clerk*

### CIVIL RIGHTS COMPLAINT
### PURSUANT TO *(Check one)*

☐ 42 U.S.C. § 1983
☑ Bivens v. Six Unknown Agents 403 U.S. 388 (1971)

## A. PREVIOUS LAWSUITS

1. Have you brought any other lawsuits in a federal court while a prisoner: ☐ Yes  ☑ No

2. If your answer to "1." is yes, how many? _____

   Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on an attached piece of paper using the same outline.)

a.   Parties to this previous lawsuit:
Plaintiff _____

_____

Defendants _____

_____

b.   Court _____

_____

c.   Docket or case number _____

d.   Name of judge to whom case was assigned _____

e.   Disposition (For example:  Was the case dismissed?  If so, what was the basis for dismissal?  Was it appealed?  Is it still pending?) _____

f.   Issues raised: _____

_____

_____

g.   Approximate date of filing lawsuit: _____

h.   Approximate date of disposition _____


## B.   EXHAUSTION OF ADMINISTRATIVE REMEDIES

1.   Is there a grievance procedure available at the institution where the events relating to your current complaint occurred?  ☑ Yes    ☐ No

2.   Have you filed a grievance concerning the facts relating to your current complaint?  ☐ Yes    ☐ No

If your answer is no, explain why not _____

_____

_____

3.   Is the grievance procedure completed?  ☑ Yes    ☐ No

If your answer is no, explain why not _____

_____

4.   Please attach copies of papers related to the grievance procedure.


## C.   JURISDICTION

This complaint alleges that the civil rights of plaintiff _THomas  Siclos #44376-013_

(print plaintiff's name)

who presently resides at _Medical Center for federal Prisoners_
_Po/Box 4000_

(mailing address or place of confinement)

were violated by the actions of the defendant(s) named below, which actions were directed against plaintiff at

_springfield, MO, 65801_

(institution/city where violation occurred)

_FCI -Terminal Island, San Pedro, CA, 90731_

**CIVIL RIGHTS COMPLAINT**

*[handwritten annotations across top: "14th amendment", "8th Amendment", "1st Amendment", "#3 Amending", "18th Amendment", "8th Amendment", "Delay in Surgery"]*

on (date or dates) *Diliberte Indiffience* , *medical Negligence* , *Neslect*
(Claim I)                    (Claim II)                    (Claim III)

*Diliberate Indiffience   Diliberate Indiffience*

**NOTE:** You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

1.  Defendant  *Dr Hossini - FCI-Terminal Island*  resides or works at
    (full name of first defendant)

    *FCI-Terminal Island, 1299 SeaSide Ave, San Pedro, Ca  90731*
    (full address of first defendant)

    *Clinical Director*
    (defendant's position and title, if any)

    The defendant is sued in his/her (Check one or both): ☑ individual   ☑ official capacity.

    Explain how this defendant was acting under color of law:
    *Working for federal Prison as clinical Director at FCI-Terminal Island*

2.  Defendant  *Dr Gullini - FCI-Terminal Island*  resides or works at
    (full name of first defendant)

    *FCI-Terminal Island, 1299 SeaSide Ave, San Pedro, Ca  90731*
    (full address of first defendant)

    *MD at FCI-Terminal Island*
    (defendant's position and title, if any)

    The defendant is sued in his/her (Check one or both): ☑ individual   ☑ official capacity.

    Explain how this defendant was acting under color of law:
    *Works as medical Doctor at FCI-Terminal Island*

3.  Defendant  *Dr ALAN Delman FCI-Terminal Island*  resides or works at
    (full name of first defendant)

    *FCI-Terminal Island, 1299 SeaSide Ave, San Pedro, Ca  90731*
    (full address of first defendant)

    *Orthopidic Doctor*
    (defendant's position and title, if any)

    The defendant is sued in his/her (Check one or both): ☑ individual   ☑ official capacity.

    Explain how this defendant was acting under color of law:
    *Working For Federal Prison doing Suigeries (Orthopidic Surgen)*

---

**CIVIL RIGHTS COMPLAINT**

4. Defendant _____ resides or works at
   (full name of first defendant)

   _____
   (full address of first defendant)

   _____
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☐ individual    ☐ official capacity.

   Explain how this defendant was acting under color of law:

   _____

   _____


5. Defendant _____ resides or works at
   (full name of first defendant)

   _____
   (full address of first defendant)

   _____
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☐ individual    ☐ official capacity.

   Explain how this defendant was acting under color of law:

   _____

   _____

## D. CLAIMS*

### CLAIM I

The following civil right has been violated:

18 Amendment

14 Amendment

8 Amendment

Dilibert INDiffrence
medical malPratice
negligence
medical neglect
Delay in Surgery

Supporting Facts: Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right.

IvE Enclosed Attuched Dederation

*If there is more than one claim, describe the additional claim(s) on another attached piece of paper using the same outline.*

**E. REQUEST FOR RELIEF**

I believe that I am entitled to the following specific relief:

1. $6,000,000.00 for Pain Suffering

2. $10,000,000.00 for Medical Bills and ongoing medical bills and Surgerys, and medical Equipment

3. $3,000,000.00 for nursing Home

4. $300,000.00 Thousand for a Court appointed lawyer If Court will grant me a Court appoint lawyer. Due to the fut I need Help for legal Issue and filuing.

___11-1-22___
(Date)

___Thomas___
(Signature of Plaintiff)
#44376-013

---

(1)

8 PG'S"

"Declaration"

I THOMAS DAVID SIDES #44376-013 swear to Following statement...,

Federal Buerau of Prisons from fci-Terminal Island, San Pedro, Ca, 90733 caused permanent injuries due to there negligent provisions of medical care, and "Diliberate Indiffrence"... my medical care and treatment was clearly ignored From 2018 to 2020. around 11-19-18 to 2020 I let fci-Terminal Island medical staff now I had Sever cronic Pain in my lower back and Left and Right hip, telling my right hip hurt the worse, that i couldn't sleep nor extend Ither leg, nor put any weight on them and could barley sit in my wheelchair or lye down in my bed that i needed a Hospital Bed to lye in so i could put my leg at 30° angle to get the weight off my Hips and lower back because I couldn't extend my legs nor lye stright in bed and being in cronic Pain, "NON STOP PAiN" I put in several sick call slips and was seen several times between 2018 and 2020. I was given X-Ray which showed that i had loose body, crusled bone sizes from 1.05 cm because I had a crusled femorhead, that i had severaly spaced Hips that nerouses that blood stop going to the bones, what Sever Arthitis and Degentive Changes of my lower Spine and Hips.

(2)

I SEEN Dr Hossini several times between 2018 to 2020 who gave me pain meds and Recomended me to SEE a orthopedic Surgen, 2018 I ended up seeing orthopedic surgen Dr Delman who told me both Hips were severally spaced and the femorhead was crushed flat on my Right Hip that there were pieces of bone spread in the X-Ray that's called loose body. That He recomends that I get complete Hip Replacement on both Hips that He will Recomend that I get surgery on my Right hip first.

Dr Gullini the Doctor for compand Filed with western Region for complete Right Hip Replacement keeping me on pain meds for this and my back (60mg morphone 2X day, 10mg oxycoden 2X Day). It was approved by Region and scheduled, it ended up getting cancelled.

Through out 2018 and 2020 i SEEN Dr Delman Several times and spoke to Dr Hossini and Dr Gullini at sick call's Sevrall times who Still Recomended complete hip Replacement. 5 diffrent times western Region approved my Surgery all 5 were cancelled.

Throus out years 2018 to 2020 one ocassen Clinical Director Hossini told me when I told Him I was gono to filo BP-9 Said "you don't want Surgery" then went on asking me did I want to "live" "that if I Received Surgey I _don't make it out B.O.P "alive"_

(3)

From 2018 to 2020 Dr Gullini made statement in front of Nurse that I need to stop telling them I'm gone to file BP-9 because "They are Helping me by given me pain meds for my pain." Told the nurse Right in front of me, "did you hear what mr sides just said" nurse said what Dr Gullini said He just said His Pain meds don't work. I yelled said I didn't say that. Dr Gullini then said then you need to be Quite, Saying she could "Stop my pain meds" because I said they didn't work. Then Dr Gullini said "you SEE How this works." "Stop Complaining" your getting Help Get Surgery when you get out.

I then filed BP-9 All the way up. one even saying they were pulling me from compond but "never did." my skin on my thy/Hip and butt down my leg turned Red and turned Very hard like plastic, was Red Hot to the touch, they finally took me in for Surgery 12-5-2020 When I got to Hospital at little Marion I SEEN Dr Delman who told me it didn't look good that it may be infected but was still gone to do Surgery that He was going "to "go against his better Judgement"

I went in for Surgery came out and

(4)

2 weeks later my wound was more Hotter, a Red what Had maJOR infection comeing out that the wound "never Healed". orthopedic Surgen Dr Delman told me I was gone to have to get "emergency Surgery" 2nd time that he was gone to have to Replace parts and clean infection out. After Surgery Dr Delman told me we would have to wait SEE how things go from the 2nd Surgery that He took test and tested for MRSA/Staff. 2 weeks later I Still Had infection coreing out it "didn't heal" from 2nd Surgery. Dr Delman Said that test came back Showing I had "MRSA/Staff" that "spread throy od my bones". Told me we would Have to have another "emergency" Surgery again "3rd time" Told me to think about it. He be back the next day. Later that day a Doctor from infectious Dease came to SEE me ("Dr Ding who told me they had a meeting with Dr Delman they told him mrsa/staff infection like to stick to metal and Plastic and would spread faster and would "Kill me") That I have to be on major Antibrotic the "Rest of my life" to "Supress" the mrsa/staff infection" so it dosent spread "Kill Me" that it will "any way" down the Road.

I spoke to Dr Delman ("orthopedic Surgen") who told me "NONE of this would be going on

(5)

If they would of Just let him do my Surgery", Not haven Dr Detman "cancell them all the Time". Said "Dr Gullini and Dr Hossini" from F.C.I-Terminal Island was the only haven him cancell them all the time. Dr Delman Then repeated I Should of never done this to you. Kept Repeating "this wouldn't of Happend if they would of Just let Him Do my Surgery." Kept Apoligizeing to me. Saying He do everything in his power now to help me since "He has custody of me in Hospital." I told Him Dr Ding From Infecous Desese told me not to let you Just Clean infection out and Replace all the parts to Just Have you take the transplanted hip out" leave it "out for GOOD". Dr Delman Said Dr Ding From infecous Desese is Right, but didn't went to put me threw it, becous I might "not" "make it" becuse of How much "blood I've lost." Just 2 Surgerys I had "6 blood Trantfusens." I endend up blood enemuck. almost "Died". Dr Delman orthopdic Surgen told me Just let him take hip out Replace the parts clean infection out. He only going against the other Dr's Rec-Ommendation because they been doing these Surgerys in the middle of the COVID Pandemic dasent went me to "die". I told Dr Delman OK Lets do it we try take Hip out clean infection out

(6)

Replace all the parts this would be my "3rd Surgery in Less then 2 moats". We went in for "3rd Surgery" took Hip out clean infection out and put the Hip back in I Ended up Haveing like "3 more blood trensfusens" in "Cronic non stop Pain" the whole time. I came out Surgery "3rd time" 2 weeks later "Same thing" but "alot worse". 3 more Doctors from infectous Dese came seen me Dr Dung 2 other one's who Said see we told Him "not to do it" to Just take the "Hip out" were worried "your not gona to make it" you'll need to Have to go in for Surgery "again" a "4 time" this time taken "Hip out" leaven it out for "good" you'll "never" be able to Have a "Hip again" we are gone to have to put in what called a "Antibiotic Cement Spacer". the whole time I Really not doing good at all. Dr Delmun orthopedic Surgen came in said that He was goie to Have to take "Hip out" keep it out. Kept Recpectin+this Self Saying Sorry. This wouldn't be going on if they just would of let him do my Surgury like He first told them in 2019, 2020, 2018, Kept Saying Sorry. (TALKING about Dr Gullini, Dr Hussini) The whole time I have like 10 diffrent IV'S in me, blood, a bunch stuff Major Infection

(7)

coming out said He did another test the 3rd Surgery for infection that it came back showing I had "mrsa/staff and ecolye" Said we did Have a Choice. I'm in Cronic Pain, infection coming out and my Right thy/Hip and butt Red Hot to touch my Skin turned Hard like plastic I told Him lets do it

we went in for "4th Surgery". They took my "Right Hip out" put in whats called a "Cement Antibiotic Spacer". I came out of Surgery woke up He told me I'll "never" be able to Have a Hip. That I have to have to take Antibiotic by Mouth the "Rest of my life" to "Sypress MRSA/staff" to make Sore it dosent "Spred kill me" that it "will down the Road. In 2021, They transfed me from the Hospital to Medical Center for federal Prisoners were I am Now. I Have to take Antibiotics by mouth And Major pain meds 5mg Morphine 10mg Oxycno 3times Day Several Antibiotic by mouth the "rest of my life". I Have do Have nurses lift me with a "lift" to be put in shower Chair when I need shower. I can't "wash my body transfer or put clothes on and need help being cleaned after I go to the bathroom with out Help from the nurses. because of what FCI-Terminal Island Medical staff

(8)

Clinical Director Dr Hossini and Dr Godwin, and Dr Delmon did to me, medical negligence negligence and diliberate Indiffrence putting my life at Risk Now Haveing these Several medical Issues going on that will only "get worse" ~~most likly~~ will be "Killing me" down the Road from "MRSA/staff intection" with "Cronic non stop pain" and on going medical problems Needing Someone to Help me, "all because they didn't want to do my surgery", Surgery that I needed "I CAN No longer live my life with out Pain and Help the Rest of my life." This is the Truth nothing but the truth So Help Me God !!

                pursuant to 28 U.S.C. 1746,,
I Thomas David Sicles # 44376-013 Declare under Penalty of Perjury that the following is True and Correct.

        X Thomas Sicle    # 44376-013

        Thomas DAVID Sicles # 44376-013

CC:
Micheal Horowitz (Inspecter General),
INternal Affairs,
Collette Peters (Director B.O.P.),



Thomas SIDES #44376-013
MeDical Center for federal Prisoners
PO/Box 4000
Springfield, MO, 65801

Springfield P&DC MO 658
MON 07 NOV 2022 AM

United States District Court
Central District of California
ATTN: office of the Clerk
255 E Temple St, Room 180
Los Angles, Ca, 90012