UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS DAVID SIDES,<br><br>Plaintiff<br><br>v.<br><br>DR. SEYED S. HOSSEINI, *et al.*,<br><br>Defendants. | Case No. CV 22-08334-DMG (GJS)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Complaint [Doc. # 9], all relevant documents filed and lodged in this action, the motion to dismiss filed by Defendant Dr. Allan Delman [Doc. # 36, "Delman Motion"] and the parties' related briefing [Doc. ## 40, 46], the motion to dismiss filed by Defendant Dr. Seyed S. Hosseini [Doc. # 38, "Hosseini Motion"] and the parties' related briefing [Doc. ## 41, 45], Plaintiff's "Motion to Amend Complaint to Correct" [Doc. # 47, "Amendment Motion"], and the Report and Recommendation of United States Magistrate Judge addressing these three motions [Doc. # 49, "Report"].  No Objections to the Report have been filed with the Court and the time for doing so has expired.

Having completed its review, the Court accepts the findings, conclusions, and recommendations set forth in the Report. Accordingly, **IT IS ORDERED** that:

(1) The Delman Motion is GRANTED and Defendant Delman is dismissed with prejudice;

(2) The Hosseini Motion is GRANTED and the First Amended Complaint is dismissed with leave to amend to afford Plaintiff a final chance to attempt to state a viable Eighth Amendment-based *Bivens* claim against Defendant Hosseini;

(3) Defendant Dr. Saroj Gulani is dismissed without prejudice pursuant to Rule 4(m) of the Federal Rules of Civil Procedure;

(4) The Amendment Motion is DENIED; and

(5) If Plaintiff wishes to pursue this action, he must file and serve on Defendant Hosseini a Second Amended Complaint within thirty (30) days of this Order that corrects the defects of the First Amended Complaint as outlined in the Report.

DATED: June 6, 2024

*Dolly M. Gee*
_____
DOLLY M. GEE
CHIEF UNITED STATES DISTRICT JUDGE