JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS DAVID SIDES,<br>　　　Plaintiff,<br>　　　v.<br>DR. SEYED S. HOSSEINI, *et al.*,<br>　　　Defendants. | Case No. CV 22-08334-DMG (GJS)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Dismissing Action Without Prejudice,

IT IS ADJUDGED that the above-captioned case is dismissed in its entirety without prejudice.

DATED: November 7, 2024

_____
DOLLY M. GEE
CHIEF U.S. DISTRICT JUDGE